IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JAMES HAROLD ROSSI,

       Plaintiff,

v.

HONORABLE RANDOLPH LEE GARRISON, et al.,

       Defendants.

1:14-cv-01642-CL

**ORDER**

**AIKEN, District Judge:**

    Defendants have moved to dismiss (## 28, 36, 40). Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#73), and the matter is now before this Court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections (#79) and Defendant Von Ter Stegge has responded to Plaintiff's objections (#80). I have reviewed the file of this case *de novo*.

1 - ORDER

28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. In his Objections, Plaintiff requests that this case be stayed pending resolution of his state court cases. I decline to do so. I ADOPT the Report and Recommendation (#73).

This action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 24 day of May, 2016.

ANN AIKEN
U.S. DISTRICT JUDGE

2 - ORDER