IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JAMES HAROLD ROSSI, | 1:14-cv-01642-CL |
| Plaintiff, | |
| v. | JUDGMENT |
| HONORABLE RANDOLPH LEE GARRISON, et al., | |
| Defendants. | |

**AIKEN, District Judge:**

    For the reasons set forth in my accompanying Order, this case is DISMISSED with prejudice.

    IT IS SO ORDERED.

    DATED this 24 day of May, 2016.

                              /s/ Ann Aiken

                              ANN AIKEN
                              U.S. DISTRICT JUDGE

1 - JUDGMENT